**MINUTE ENTRY FOR SETTLEMENT**
**Magistrate Judge Timothy P. O'Hara**


DATE: July 10, 2026

RE:    25-cv-00603-SKC-TPO
       *Davis v. Little Colorado, LLC et al*

       A Settlement Conference was held on this date, and although no settlement has been reached, the Court is continuing to work with the Parties. The Parties are to contact Chambers by Thursday, July 16, 2026, to advise the Court on their intent to reconvene for a continued Settlement Conference.

       Settlement preparation, discussion, and on-the-record court time involved: **10 hours.**

       No record was made at the conclusion of the Settlement Conference.