# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:25-cv-00603-SKC-TPO

FREDDIE DAVIS

Plaintiff,

v.

LITTLE COLORADO, LLC doing business as BAYMONT BY WYNDHAM
THORNTON and WYNDAM HOTEL AND RESORTS, INC.,

Defendants.

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR NOTICE OF SETTLEMENT

---

Defendant Little Colorado, LLC doing business as Baymont by Wyndham Thornton ("Little Colorado"), through counsel Gordon Rees Scully Mansukhani, LLP, respectfully submits this Unopposed Motion for Extension Time to file Notice of Settlement with the Court.

1. The parties have conferred on this Motion, and it is unopposed.

2. The Parties' deadline to give the Court notice of settlement is July 23, 2026.

3. The parties have reached a settlement in principle, but the parties are still in the process of finalizing the settlement documentation.

4. The parties request seven (7) more days to finalize the settlement documentation and give notice of settlement to the Court.

WHEREFORE, Little Colorado, LLC doing business as Baymont by Wyndham Thornton respectfully requests that the deadline for the Notice for Settlement be extended by seven (7) days, up to and including July 30, 2026.

Respectfully submitted this 24th day of July, 2026.

**GORDON REES**
**SCULLY MANSUKHANI, LLP**


*/s/ Rose Zetzman*
Anna M. Reinert
Rose E. Zetzman
Joseph Thomas Joyce
555 Seventeenth Street, Suite 3400
Denver, CO 80202
Telephone: 303.534.5160
Email: areinert@grsm.com
rzetzman@grsm.com
jjoyce@grsm.com

*Attorney for Defendant Little Colorado, Limited*
*Liability Company d/b/a Baymont by Wyndham*
*Thornton and Hampton Inn Denver North*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system and service via mail this 24th day of July, 2026 as follows:

Madison Lips Schaefer
Darold W. Killmer
Killmer Lane, LLP
1543 Champa Street
Suite 400
Denver, CO 80202
720-985-6194
Email: mschaefer@killmerlane.com
Email: dkillmer@killmerlane.com

*Attorneys for Plaintiff*

Andrew David Ringel
Ciara Nicole Kimminau
Hall & Evans LLC
1001 Seventeenth Street

2

Suite 300
Denver, CO 80202
303-628-3300
Fax: 303-293-3238
Email: ringela@hallevans.com
Email: kimminauc@hallevans.com

*Attorneys for Defendant Wyndham Hotel and Resorts, Inc.*

Brittney A. Vig
Wilson Elser Moscowitz Edelman & Dicker, LLP
1225 17th Street, Suite 1700
Denver, CO 80202
303-572-5300
Fax: 303-573-5301
Email: brittney.vig@wilsonelser.com

*Attorneys for Defendants Toni Hart and Katherine Krueger*

*/s/ Lindsay Hubchik-Quelland*
for GORDON REES SCULLY MANSUKHANI LLP