IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00603-SKC-TPO

FREDDIE DAVIS,

      Plaintiff,

v.

LITTLE COLORADO, LLC d/b/a BAYMONT BY WYNDHAM THORNTON;
WYNDHAM HOTELS AND RESORTS, INC.;
KATHERINE KRUEGER; and
TONI HART,

      Defendants.

---

## JOINT NOTICE OF SETTLEMENT

---

**NOTICE** is hereby provided pursuant to D.C.Colo.LCivR 40.2 that the Parties have reached a settlement in this case. Once the terms of that settlement agreement have been accomplished, the Parties will file a Stipulation of Dismissal with this Court.

Respectfully submitted this 31st day of July 2026.

KILLMER LANE, LLP

*s/ Darold Killmer*

Darold Killmer
Madison Schaefer
1543 Champa Street, Suite 400

1

Denver, CO 80202
(303) 571-1000
(303) 571-1001 fax
dkillmer@killmerlane.com
mschaefer@killmerlane.com

*Counsel for Plaintiff*

s/Ciara Kimminau
Andrew D. Ringel
Ciara N. Kimminau
Hall & Evans, LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202
303-628-3453
ringela@hallevans.com
kimminauc@hallevans.com
*Counsel for Defendant Wyndham Hotels and
Resorts, Inc.*

s/Rose Zetzman
Anna M. Reinert
Rose Zetzman
Gordon Rees Scully & Mansukhani
555 Seventeenth Street, Suite 3400
Denver, CO 80202
Anna Direct: 303.200.6867
Rose Direct: 303.200.6844
areinert@grsm.com
rzetzman@grsm.com
*Counsel for Defendant Little Colorado, LLC*

s/Brittney A. Vig
Brittney A. Vig
WILSON ELSER
1225 17th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 572-5300
Facsimile: (303) 573-5301

2

brittney.vig@wilsonelser.com
*Attorney for Defendants Krueger and Hart*


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed via CM/ECF, which will email a copy to the following:

Andrew D. Ringel
Ciara N. Kimminau
Hall & Evans, LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202
303-628-3453
ringela@hallevans.com
kimminauc@hallevans.com
*Counsel for Defendant Wyndham Hotels and Resorts, Inc.*

Anna M. Reinert
Rose Zetzman
Gordon Rees Scully & Mansukhani
555 Seventeenth Street, Suite 3400
Denver, CO 80202
Anna Direct: 303.200.6867
Rose Direct: 303.200.6844
areinert@grsm.com
rzetzman@grsm.com
*Counsel for Defendant Little Colorado, LLC*

Brittney A. Vig
WILSON ELSER
1225 17th Street, Suite 1700
Denver, Colorado 80202
Telephone: (303) 572-5300
Facsimile: (303) 573-5301
brittney.vig@wilsonelser.com

*Attorney for Defendants Krueger and Hart*

KILLMER LANE, LLP

*s/ Charlotte Scull*

_____

Charlotte Scull